John L. Miller, A-44862
CSP-LAC
P.O. Box 8457
Lancaster, CA  93539

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 8 2020

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN L. MILLER,                      )
                                     )
                Plaintiff,           )      Case No. CV 20-3685-GW (KK)
                                     )
        v.                           )
                                     )      EX PARTE APPLICATION FOR
A. CASTILLO, et al.,                 )      LEAVE TO FILE EXHIBITS;
                                     )      PROPOSED ORDER
                Defendants.          )
                                     )
_____)

COMES NOW John L. Miller, plaintiff in the above-entitled action, and applies to this Court for an Order granting him leave to file the exhibits to his Complaint's "Supporting Facts".

This application is made ex parte because process has not been served on any of the named defendants in this action.

This application is based on itself and the attached Memorandum of Points and Authorities.

DATED: May 15 , 2020          Respectfully submitted,


                                        John L. Miller
                                        JOHN L. MILLER
                                        Plaintiff in Pro Se

MEMORANDUM OF POINTS AND AUTHORITIES

BACKGROUND

On April 12, 2020, plaintiff completed his section 1983 Complaint (Dkt. 1) in this action, along with its 11-page Supporting Facts (Dkt. 2).

On April 13, 2020:

      1. the C-Facility librarian (i.e., LTA J McCollam) refused to accept the Complaint for e-mailing to this Court (as per the Court's pilot program with the prison), along with a yet-to-be-gotten certified, 6-month statement of plaintiff's prison trust fund account;

      2. plaintiff sent the Complaint to the prison's Inmate Trust Account Office, for inclusion of the said statement and then forwarding to the prison's Mailroom.

On April 17, 2020, the Inmate Trust Account Office sent plaintiff a GA-22 form advising him that everything had been done on April 16, 2020.

On April 28, 2020, the prison delivered to plaintiff this Court's April 22, 2020 Notice of Judge Assignment and Reference to a United States Magistrate Judge.  Dkt. 3

On May 1, 2020, the prison delivered to plaintiff this Court's April 24, 2020:

      1. Order Re Request to Proceed without Prepayment of Filing Fees (Dkt. 4);

      2. Initial Civil Rights Case Order (Dkt. 5).

On May 6, 2020, plaintiff sent the Inmate Trust Account

1  Office an approved (i.e., by his caseworker, CCI A. Ruiz) CDC-193
2  Trust Account Withdrawal Oder, for sending to this Court a check
3  for $1.20 to pay the initial partial filing fee in this action.
4      On May 11, 2020, plaintiff was able to get completed a copy
5  of all four of his exhibits in this action.
6  DATED: May 15 , 2020
7                  Respectfully submitted,
8
9
10                 JOHN L. MILLER
                   Plaintiff in Pro Se
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN L. MILLER,

    Plaintiff,

   v.

A. CASTILLO, et al.,

    Defendants.

Case No. CV 20-3685-GW (KK)

(PROPOSED) ORDER

  Plaintiff has applied, _ex parte_, to this Court for an Order granting him leave to have the exhibits to his Complaint filed.

  Good cause appearing, the application is GRANTED.  The Clerk shall file plaintiff's exhibits to the Supporting Facts of his Complaint in this action.

  IT IS SO ORDERED.

Dated: _____

         The Honorable Kenly Kiya Kato
         United States Magistrate Judge

<u>Miller v. Castillo, et al.</u>, Case No. 2:20-cv-03685-GW (KK)

<u>EXHIBIT A</u>:   CDCR Inmate/Parolee Appeal dated April 17, 2019,
Log No. LAC-C-19-02195

<u>Page 1</u>: Front of CDCR Form 602

<u>Page 2</u>: Back of CDCR Form 602

<u>Page 3</u>: Front of CDCR Form 602-A

<u>Page 4</u>: Back of CDCR Form 602-A

<u>Page 5</u>: CDCR Form 22 dated Oct. 14, 2018

<u>Page 6</u>: CDCR Form 22 dated March 24, 2019

<u>Pages 7-8</u>: First Level Response

<u>Page 9</u>: CDCR Form 22 dated May 29, 2019

<u>Page 10</u>: CDCR Form 22 dated June 2, 2019

<u>Page 11</u>: CDCR Form 22 dated June 16, 2019

<u>Page 12</u>: Second Level Response

<u>Page 13</u>: CDCR Form 22 dated Aug. 11, 2019

<u>Pages 14-15</u>: Third Level Response

# EXHIBIT   A

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

1910067

A44862

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category |
|---|---|---|---|

LAC-C-19-02195  (M)

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**     **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): MILLER, John | CDC Number: A-44862 | Unit/Cell Number: C2-134L | Assignment: None |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

C-Culinary Thievery

**A.  Explain your issue** (If you need more space, use Section A of the CDCR 602-A): For about six years now, I've been a participant here in C-Facility in the Religious Meat Alternate ("RMA") diet program, and during that period, there's been an on & off problem with C-Culinary's both

**B.  Action requested** (If you need more space, use Section B of the CDCR 602-A): Corrective action is requested for both the shorting of the peanut butter servings and the stealing of the menu-designated, RMA cheese.

**Supporting Documents: Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

CDCR 22

☐ No, I have not attached any supporting documents.  Reason :

Inmate/Parolee Signature: _John Miller_     Date Submitted: April 17, 2019

☒ JM  **By placing my initials in this box, I waive my right to receive an interview.**

APR 22 2019
JUN 24 2019

REC BY OOA
AUG 10 2019

---

**C.  First Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review.  Go to Section E.

☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter)  Date: _____

☒ Accepted at the First Level of Review.

Assigned to: D  Title: AW  Date Assigned: 4-22-19  Date Due: 04-19

First Level Responder:  Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 04/30/2019     Interview Location: C-Culinary

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other:

See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: M Brenk (Print Name)  Title: SCC  Signature: _____  Date completed: 05/

Reviewer: T Lewandowski (Print Name)  Title: AW  Signature: T Lewandow  5/21/19

Date received by AW: MAY 22 2019

| AC Use Only | MAY 22 2019 |
|---|---|
| Date mailed/delivered to appellant ___/___/___ | |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

My dissatisfaction with the First Level response begins with some of what is written under the "Appeal Issue". I NEVER said that CSC Castillo denied the theft, because he hasn't. Nor did I ever say that he isn't rotating the food stock. Rather, CSC Castillo uses such rotating as the excuse for not giving the RMAs (and presumably the vegetarians as well) their cheese lunch. I also never said that inmate C-Culinary workers are stealing the cheese or that CSC Castillo and SCC Shupert are condoning the stealing and allow-

Inmate/Parolee Signature: _John Miller_     Date Submitted: June 18, 2019

**E. Second Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)
☑ Accepted at the Second Level of Review

Assigned to: _BS_   Title: _AW_   Date Assigned: 6-24-19   Date Due: 8-6-19

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _NA_     Interview Location: _NA_

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☑ Denied   ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _S. Saunders_   Title: _ACFM_   Signature: _____   Date completed: 6/20/19
         (Print Name)
Reviewer: _D. Custro_   Title: _(Devlin)_   Signature: _____
         (Print Name)

Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant: _____ |

**F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

**Theft of the "Alternative Entrée" cheese continues, and CSP-LAC's Food Services appears unwilling to stop it.**

Inmate/Parolee Signature: _John Miller_     Date Submitted: Aug. 13, 2019

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)   Date: _____
☑ Accepted at the Third Level of Review.  Your appeal issue is  ☐ Granted   ☐ Granted in Part   ☑ Denied   ☐ Other: _____
   See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant   NOV 13 2019 |

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

_____

Inmate/Parolee Signature: _____     Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

1910067

LAC-C-19-02195  9

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): MILLER, John | CDC Number: A-44862 | Unit/Cell Number: C2-134L | Assignment: None |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** shorting the peanut butter ("PB") servings and stealing the RMA cheese.

At breakfast on Sat., 3-23-19, the PB served was only 1 oz. instead of the menu-designated 2 oz.  Then, at breakfast on Sun., 3-24-19, the menu-designated cheese for RMAs was replaced with PB, again only 1 oz., and the cheese lunch for RMAs was also replaced with a PB lunch.

The problems with CSC Castillo's response to my attached CDCR form 22 are that:  1. he didn't deny the theft of the 3-24-19 breakfast meal's RMA cheese;  2. he covered the theft of the RMA cheese lunch with the need to "rotate" the PB lunches, as though that's more important than abiding by the menu; and 3. when PB is served, he several times walks by the sheet pans of PB cups and so can plainly see when they contain just 1 oz. instead of the menu-designated 2 oz.

CSC Castillo's supervisor, CCS Schaupert, then not only didn't deny that C-Culinary stole the RMA cheese but condones their doing so as long as they replace the stolen cheese with PB, in that PB is an "acceptable substitute".

Inmate/Parolee Signature: *John Miller*        Date Submitted: 4-17-19

**B. Continuation of CDCR 602, Section B only (Action requested):** _____

Inmate/Parolee Signature: _____        Date Submitted: _____

STAFF USE ONLY   REC BY OOA   AUG 19 2019

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ing the peanut butter ("PB") alternative.  The inmate C-Culinary workers don't have the ABILITY to replace the RMA/ Veg. cheese with PB, only C-Culinary staff does.

The foregoing "inaccuracies" were, in my opinion, purposely made (as opposed to simply being errors) in order to deflect heat from the Food Services staff.

Under the "Findings," the first line is entirely bogus, because there was no substitution of cheese lunches with PB&J lunches on Sat., 3-23-19.  That "substitution" occurred only on Sun., 3-24-19, along with replacing the RMA/Veg. cheese at breakfast with PB (a double whammy).

Decades ago, the free cooks used to regularly pack their lunch box with inmate food near the end of their shift.  It was routine, the way things were.  Now they try to portray themselves as choir boys.  Gimme a BREAK.

If Food Services staff aren't stealing the RMA cheese, then they are depriving the RMAs of their cheese and cheese lunches in order to save money, because the PB is FREE from the U.S. Government and PB&J lunches cost less than cheese lunches.

Irrespective, the problem continues, and the RMAs are getting screwed.  When Departmental Food Administrator Keith Robinson prepares the prison menus, he expects the prisons' Food Services to abide with it and that any substitutions be legitimate, NOT to merely save money by gyping inmates on the Religious Meat Alternate diet (and those on the vegetarian diet, too).

**Inmate/Parolee Signature:** _John Miller_ **Date Submitted:** June 18, 2019

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

**Inmate/Parolee Signature:** _____ **Date Submitted:** _____

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE          DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR-0022 (10-09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME)   (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| MILLER          JOHN | A-44862 | John Miller |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-112L | Unassigned | | Religious Discrimination |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

At breakfast on Friday, Oct. 12, 2018, the entree was a fried egg and beef hash. The RMA substitute for the beef hash was 2 eggs, for a total of 3 eggs on the RMA trays.  My RMA tray duly had the 3 eggs on it, but the inmate C-Culinary worker at the Tray Window tore off, with his gloved hands, one of the eggs before handing me the Tray.  When I objected, he became belligerent, and the CSC who witnessed everything said that the menu was wrong and her inmate worker was right.  Yet again, I request that C-Culinary abide by the menu and quit discriminating against the RMAs.    CSC Coria

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL  ADDRESSED TO:____Food Manager, Main Kitchen_____  DATE MAILED: **10** / **14** / **18**
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | | | (CIRCLE ONE)   YES    NO |
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Schaupert | 10-16-18 | | 10-16-18 |

this misunderstanding will be discussed with the CSC.

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

"Misunderstanding"?  Really?  How many C-Facility inmates are on the RMA diet? Because that's how many eggs that C-Culinary was able to STEAL for themselves, at the expense of those on the RMA diet.  Quite a haul and with the complicity of CSC Coria, who has been around long enough to know that the menu wasn't wrong.  It's just bias against RMA inmates and for her inmate workers.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| John Miller | October 18, 2018 |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| K. Saunders | 10-22-18 | B Saund | 10-22-18 |

C-culinary is NOT stealing eggs for themselves. No CSCS' are in collusion with inmate workers to "steal" food. There is NO Bias against any group(s) of inmates by the Food Service Department at CSP-LAC.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| MILLER      JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | Unassigned | HOURS FROM _____ TO _____ | C-Culinary Thievery |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

At breakfast on Sat., 3-23-19, the peanut butter ("PB") served was only 1 oz, instead of the menu-designated 2 oz.

At breakfast on Sun. 3-24-19, the menu-designated cheese for RMAs was replaced with PB, again only 1 oz., and the cheese lunch for RMAs was also replaced with a PB&J lunch.

Corrective action is requested for both the shorting of the PB servings and the stealing of the menu-designated, RMA cheese.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☒ SENT THROUGH MAIL:  ADDRESSED TO: **Food Manager, Main Kitchen**   DATE MAILED: 3 24 19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Castillo | 3-27-19 | Castillo | 3-27-19 |

as to 3-23-19 1 oz Peanut Butter as to the Conversation You & I CSC Castillo had previously I am willing to correct Any Shortage that May occur IF you on the Peanut Butter Shortage bring it to My attention as I cannot catch every Mistake But I am willing to Make it Right, as to the lunches I am obligated to inform the main Kitchen of overages of lunches, Proper Rotation of lunches are utilized for Rotation purposes

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

CSC Castillo didn't address the REASON that, on Sun., 3-24-19, PB was substituted at breakfast for the menu-designated two slices of RMA/Veg. cheese. Moreover, when PB is served, he several times walks by the sheet pans of PB cups and so can plainly see when they contain 1 oz. instead of 2 oz. Lastly, rotation of the lunches doesn't take precedence over abiding by the menu. C-Culinary has a history of stealing RMA cheese.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| *John Miller* | March 31, 2019 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Schaupert | 4-6-19 | *signature* | 4-7-19 |

Peanut Butter is an acceptable substitute for cheese slices for RMA and Veg meals. Peanut butter lunches contain no meat therefore they are suitable for RMA/Veg lunches.

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**CALIFORNIA STATE PRISON-LOS ANGELES COUNTY**
**FIRST LEVEL RESPONSE**

| | |
|---|---|
| **Appellant's Name & CDC #:** | **MILLER A44862** |
| **Appeal Log #:** | **LAC-C-19-02195** |
| **Interviewed By:** | **BENAK** |
| **Appeal Issue:** | **LIVING CONDITION** |
| **Appeal Decision:** | **DENIED** |

C2-134L

## APPEAL ISSUE

As a participant of the Religious Meat Alternate (RMA) diet program you state there has been an ongoing problem with the C-Culinary. You further state you are not receiving the proper portions for the breakfast meals of peanut butter, cheese servings, and the proper cheese lunch. You sight on these occasions you received a response that you felt was spurious in regards to the explanation on the California Department of Corrections and Rehabilitation (CDCR) 22 Form dated March 24, 2019. You state Correctional Supervising Cook (CSC) Castillo denies any theft, covered up theft, is not rotating the food stock, and he is not following the standardized menu. You state further the inmate staff is stealing the cheese and both CSC Castillo and Supervising Correctional Cook (SCC) Shaupert are condoning the stolen food items and allowing the peanut butter alternative.

## APPEAL REQUEST

You have requested corrective action for both the shorting of the peanut butter servings and the stealing of the standardized menu religious meal alternate cheese lunches.

## APPEAL RESPONSE

On April 30, 2019 I, SCC Benak, conducted an interview with you in person on the C yard satellite kitchen. Effective communication was utilized by speaking clear and simple English. You responded to questions by appropriately reiterating what was said to you in your own words. You had no additional information or documentation to add and you were provided an opportunity to fully explain your appeal issue and to provide any supporting information. On March 23, 2019 for the breakfast meal and lunch you state you did not receive the two ounce portion of peanut butter as the menu designates. On March 24, 2019 for the lunch meal you state you did not receive a cheese lunch instead you received a peanut butter lunch as replacement. I spoke to you regarding the substitution per the standardized menu, with you having understood the menu substitution. You also state you have concerns about CSC Castillo and SCC Shaupert allowing the inmate workers to remove cheese slices to be sold in the buildings.

## FINDINGS

On Saturday, March 23, 2019 the appropriate substitution was given for the substitution of the cheese lunches having been replaced with peanut butter lunches. As we discussed on April 30, 2019 the institutional menu may vary based on approved substitutions, of which did apply on both dates; therefore, the proper lunches had been substituted by CSC Castillo.

Inmate Miller John A-44862
First Level Appeal
Page 2 of 2

On Sunday, March 24, 2019 the cheese slices that had been seen by you being sold in the buildings by the culinary kitchen inmate workers is a general allegation for which you provided no evidence to support your claim. When inquiring claims against CSC Castillo and SCC Schaupert concerning the allowance of the inmate kitchen staff to steal and sell cheese slices in the buildings: I found no erroneous behavior by either staff member. There is no credible information indicating the allegations and no allegation had been found to be true. You have failed to substantiate this claim.

**APPEAL DECISION**
Based on the above information, your appeal is DENIED at the First Level of Review, in that the Food Service Department at California State Prison Los Angeles County (CSP-LAC) does and will, continue to follow all practices, policies, and procedures and is in compliance with all Religious Diet Programs and Policies. The Food Service Department at CSP-LAC and all CSC's and SCC's follow the code of conduct as provided by CDCR by demonstrating professionalism, honesty, and integrity. Also, staff respects the rights of others and treats fellow employees, offenders, families of offenders, and the public with dignity and fairness.

If you are dissatisfied with the First Level Response you may submit for a Second Level Response by completing Section D of the Form 602.

M. Benak
Supervising Correctional Cook
California State Prison-Los Angeles County

T. LEWANDOWSKI
Associate Warden
California State Prison-Los Angeles County

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| **MILLER** | **JOHN** | ~~XXXX~~ **A-44862** | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM____ TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| **C2-134L** | **None** | | **Menu Noncompliance** |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

    On Wed., 5-29-19, C-Culinary gave the inmates on the RMA diet PB&J lunches instead of the menu-designated cheese lunches.  Then, at dinner, the menu designated 2 hot dogs and a slice of cheese for the RMA inmates, but C-Culinary gave them ONLY the hot dogs.  When asked, the CSC responded that there wasn't any cheese.  Nor did the CSC substitute for the missing cheese.

    My request is that C-Culinary abide by the menu, substitute for missing items, and quit stealing the RMA cheese.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

[X] SENT THROUGH MAIL:  ADDRESSED TO:  **Food Manager, Main Kitchen**          DATE MAILED: **5** / **29** / **19**

[ ] DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| *M. DIAZ* | *6-5-19* | *M. DIAZ* | *6-5-19* |

*MENU CHANGES ARE MADE AS NEEDED*
*C-CULINARY ABIDES BY THE MENU*
*NOBODY IS STEALING THE CHEESE*

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

    So, instead of C-Culinary's having stolen the RMA cheese as usual, some unknown Food Service staffer arbitrarily deleted the menu-designated, RMA cheese and then didn't designate a replacement item?  Yet the menu is still being abided with?

    You can't have it BOTH ways.  (It would be easier to just stop stealing the RMA cheese.)

| SIGNATURE: *John Miller* | DATE SUBMITTED: June 6, 2019 |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| *K. CARLSON* | *6-11-19* | *DL* | *6-18-19* |

*NO DISCREPANCIES WITH WERE NOTED ON 5-29-19 LUNCH/DINNER, IT SEEMS CHEESE IS THE COMMON DENOMINATOR ON YOUR 22's. I DO, FOR A FACT, KNOW, ON THOSE DAYS (ESPECIALLY DINNER), WITH CHEESE ON THE MENU, AND THE MENU CHANGES WITHOUT NOTICE, DIFFERENT PRODUCT OFFERED WITHOUT NOTICE, I APPRECIATE THE FACT YOU PAY ATTENTION TO WHAT'S OFFERED BUT CIRCUMSTANCES DICTATE WHAT IS AVAILABLE WITHOUT NOTICE, THANK YOU*

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____TO____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | | Theft of RMA/Veg. Eggs |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I request that ALL of the morning CSCs be advised that, when an egg and hash/chorizo are for breakfast, the RMA/Veg. inmates are to be served a total of <u>three</u> eggs (i.e., the one that's part of the regular meal and the two in place of the hash or chorizo).
    Traditionally, C-Culinary gives the RMA/Veg. inmates only two eggs, thereby enabling C-Culinary to keep the third egg for itself, which amounts to a whole lot of leftover eggs.  At breakfast on 5-31-19, C-Culinary's CSC (black gal) refused to tell me her name and sided with her inmate workers that RMA/Veg. inmates only get a total of <u>two</u> eggs.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL:  ADDRESSED TO:  **Food Manager, Main Kitchen**          DATE MAILED: **6 / 2 / 19**
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| R. CARSON | 6-5-19 | *RC* | 6-5-19 |

I SPOKE WITH THE CSC ON DUTY THAT MORNING (RELIEF) REGARDING THIS PARTICULAR INCIDENT. SHE WAS UNSURE OF SERVING AMOUNTS THAT MORNING UNTIL YOU POINTED OUT THE DISCREPANCY. NO CONSPIRACY EXISTS FOR THEFT OF SAID ITEM(S). IT WAS A FOOD SERVICE MISTAKE - PLAIN AND SIMPLE.    THANK YOU

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

So EVERYTIME that the menu designates 3 eggs for the RMAs and C-Culinary refuses to do so but gives them only 2 eggs instead, that's NOT C-Culinary stealing the third egg but merely making the SAME mistake over & over?  Plain and simple?
    Do you have a plot of ocean-front property in Arizona to sell me?

| SIGNATURE: *John Miller* | DATE SUBMITTED: June 6, 2019 |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| *Lt.* R. CARSON | 6-10-19 | *RC* | 6-13-19 |

YOU AND I HAD A DISCUSSION REGARDING DISCREPANCIES DURING CHOW AND YOU AGREED TO SPEAK WITH ME DIRECTLY ON SITE BEFORE PUTTING IT ON PAPER, IT APPEARS YOU WON'T HONOR OUR AGREEMENT, MAN-TO-MAN, I APPRECIATE YOU POINTING OUT FOOD SERVICE DISCREPANCIES AND SHORTCOMINGS, BUT YOUR LANGUAGE INDICATES YOU'RE STILL BLATANTLY ACCUSING FOOD SERVICE OF THEFT AND CONSPIRACY. TO ERR IS HUMAN AND I WISH YOU WOULDN'T EXPLOIT THAT FACT AT EVERY TURN. I CAN AND WILL STILL HONOR MY END OF OUR AGREEMENT AND ENSURE THESE SHORTCOMINGS ARE FAR AND FEW IN BETWEEN. THANK YOU

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME)<br>MILLER | (FIRST NAME)<br>JOHN | CDC NUMBER:<br>A-44862 | SIGNATURE:<br>John Miller |
|---|---|---|---|
| HOUSING/BED NUMBER:<br>C2-134L | ASSIGNMENT:<br>None | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.):<br>RMA Discrimination |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

   For breakfast on Sun., 6-16-19, the menu-designated RMA replacement for the regular-diet's sausage was 2 slices of cheese.  But C-Culinary AGAIN gave the RMAs PB instead.
   I don't know whether C-Culinary again stole the RMA cheese or CSP-LAC's Food Services was responsible in order to save money by substituting with FREE PB from the federal government.  Irrespective, I request that the menu be abided with as to the RMA replacements and that RMAs not be discriminated against to save money.  (An ADA worker got my RMA tray for me, so I was unable to ask to speak with SCC Carson about this matter.)

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL:  ADDRESSED TO:  **Food Manager, Main Kitchen**          DATE MAILED:  **6**/**16**/**19**

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF?<br>(CIRCLE ONE)      YES      NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY:<br>(CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME:<br>R. Carson | DATE:<br>6-20-18-19 | SIGNATURE:<br>R C | DATE RETURNED:<br>6-20-19 |
|---|---|---|---|

   I REALLY DON'T KNOW WHAT YOU'RE TRYING TO ACCUSE FOOD SERVICE OF NOW, ANY AND ALL RMA/VEG MEALS LUNCH CHANGES ARE ALL BASED ON AVAILABILITY. AND WHY CAN'T YOU UNDERSTAND? IT SEEMS YOU'RE THE ONLY ONE IN THIS INSTITUTION THAT COMPLAINS ABOUT EVERY LITTLE THING THAT YOU DON'T LIKE. IF THE LUNCH YOU RECEIVE IS NOT WHAT'S ON THE MENU, THEN THAT'S WHAT'S SUPPOSED TO BE SERVED.      THANK YOU

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

   This wasn't about the lunch but the RMA cheese at breakfast.  If Food Services, to save money at the expense of the RMAs, doesn't buy the cheese and instead substitutes with the free government peanut butter, that's NOT "what's supposed to be served".  What is supposed to be served to the RMAs is what's on the MENU!  Capisce?  And I'll continue to complain as long as you people keep gyping the inmates on the RMA diet.

| SIGNATURE:<br>John Miller | DATE SUBMITTED:<br>June 26, 2019 |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME):<br>K. Saunders | DATE:<br>6/28/19 | SIGNATURE:<br>B Saunder | DATE RETURNED: |
|---|---|---|---|

ALL SUBSTITUTIONS BY THE FOOD SERVICE DEPARTMENT ARE SANCTIONED ACCEPTABLE SUBSTITUTION. WE PURCHASE THE PEANUT BUTTER SERVED. PEANUT BUTTER IS NOT "FREE"!

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date   :   June 26

To     :   Miller A44862
           FAC-C, C2 134L
           California State Prison-Los Angeles County

Subject:   **SECOND LEVEL APPEAL RESPONSE LOG # LAC-C-19-02195**

**ISSUE:**

The Appellant is submitting this appeal relative to Living Conditions. Specifically, the Appellant's claim is In the First Level, the Review was **DENIED**. Appellant states that the C-yard Supervising Correctional Cook (CSC), A. Castillo, as well as Supervising Correctional Cook (SCC), S. Schaupert, are colluding to purposefully "short" serve and/or allow the theft of food from the inmates participating in the Religious Diet Program, specifically the Religious Meat Alternate (RMA) and Vegetarian Diet Program (VEG).

**SUMMARY OF INQUIRY:**

The First Level Review and inquiry was conducted, which included a review of this Appeal, and all applicable Departmental Policies and Institutional Procedures. It was revealed that, the Food Service Department at California State Prison-Los Angeles County (LAC) is in full compliance with all Laws, Policies, and Local Operating Procedures governing the feeding of the inmate population at LAC, as well as with any and all substitution guidelines as issued, through the office of the Departmental Food Administrator in Sacramento.

**REGULATIONS:**

The rules governing this issue(s) are:

> **California Code of Regulations (CCR), Title 15 3054. Religious Diet Program.**
> **Department Operations Manual (DOM) 54080.13 Institution Religious Diet Program**
> **Food Service Handbook, Chapter 6, Menu Standards and Nutrition Goals**

**DECISION:**

The Appeal is **DENIED,** in that the Food Service Department at LAC is in compliance with, and shall continue to be in compliance with, all approved practices, policy and procedures, as relates to the feeding of the Inmate population at LAC, and specifically, the Religious Diet Program  participants. No corrective action is warranted.

If the Appellant is dissatisfied with the Second Level Response, he may submit for a Director's Level of Review, by completing Section F of the Form 602.

D. ULSTAD
Chief Deputy Warden (A)
California State Prison-Los Angeles County

* CDC 1617 (3/89)

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|---|
| MILLER | | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | HOURS FROM_____ TO_____ | Theft of AE Cheese |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

At breakfast on Sat., 8-10-19, the main dish was one self-made Burrito consisting of 4 oz. of Scrambled Eggs, 2 oz. of Chicken Chorizo, and 1 oz. of Shredded Cheese. In lieu of the last item, 1 slice of American Cheese was served.  The AE for the Chicken Chorizo was 3 oz. of Shredded Cheese---which, since C-Culinary didn't have any, was 3 oz. of American Cheese in addition to the 1 oz., for a total of four slices. My RMA tray, though, had only 2 slices, meaning that C-Culinary kept the other two. Multiply that by 50 AEs, and C-Culinary stole 100 slices of American Cheese.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL · ADDRESSED TO: Food Manager, Main Kitchen _____ DATE MAILED: 8 / 11 / 19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES    NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON    BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

# THIRD LEVEL APPEAL DECISION

Date:   NOV 1 2 2019

In re:   John Miller, A44862
California State Prison, Los Angeles County
44750 - 60th Street West
Lancaster, CA 93536-7620

TLR Case No.: 1910067          Local Log No.: LAC-19-02195

This matter was reviewed on behalf of the Secretary of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner K. J. Allen. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that there are inconsistencies with his religious diet meals at the California State Prison, Los Angeles County (LAC). The appellant states there has been an on and off problem with culinary staff shorting the peanut butter serving and stealing the cheese on the Religious meat Alternate (RMA) diet.

The appellant adds that he has been on the RMA diet for about six years and can tell when the peanut butter issue is only one ounce instead of the required two ounces. He contends that staff take the cheese when needed and simply replace it with peanut butter. The appellant requests on appeal that corrective action be taken so this does not reoccur.

**II   SECOND LEVEL'S DECISION:** The reviewer found that a thorough review of the matter has been conducted in accordance with departmental policies. While the Department endeavors to vary the menu as much as possible, there may be occasions when the same or similar lunch will be served multiple times during the week. It was noted that the appellant failed to provide any evidence that culinary inmate workers are selling stolen cheese within the housing units; there was no credible evidence discovered to substantiate this claim.

The reviewer determined that Food Service staff at the LAC is in compliance with, and shall continue to be in compliance with, all approved practices, policy, and procedures as they relate to the feeding of the inmate population; specifically, with the serving of religious diet meals such as the RMA. The appellant was advised that no corrective action was warranted. Based upon the conducted inquiry, the appeal was denied at the Second Level of Review.

**III   THIRD LEVEL DECISION:** Appeal is denied.

  **A.   FINDINGS:** Following analysis of the submitted documentation, the Appeals Examiner has determined that the appellant's allegations have been reviewed and properly evaluated by administrative staff at the LAC. An appeal inquiry was conducted by the Supervising Correctional Cook Castillo, and was reviewed by the institution's Chief Deputy Warden. Despite the appellant's dissatisfaction, this review finds no evidence of a violation of existing policy or regulation by the institution based upon the arguments and evidence presented.

Supervisory food management staff conducted an inquiry into the appellant's complaints. While it is reasonable that some of the many thousands of meals made and served everyday will have inconsistencies, there is no evidence to support the appellant's appeal claim that RMA meals are consistently shorted food portions or that inmate workers are allowed to steal food off the trays. As required by departmental rules and regulations, the preparing and serving of inmate meals is closely monitored by supervising custody and food services staff.

JOHN MILLER, A44862
CASE NO. 1910067
PAGE 2

The appellant is encouraged to communicate with appropriate staff whenever there is a problem with the food served so the problem may be resolved immediately. The LAC is accommodating the appellant's request for a vegetarian meal and is providing him a nutritionally balanced meal in accordance with CDCR guidelines. Relief at the Third Level of Review in this matter is unwarranted.

**B. BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3000, 3001, 3050, 3054, 3084.1, 3380
CDCR Operations Manual, Section: 54080.1, 54080.4, 54080.6, 54080.14

**C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

K. J. ALLEN, Appeals Examiner
Office of Appeals
cc:      Warden, LAC
         Appeals Coordinator, LAC

<u>Miller v. Castillo, et al.</u>, Case No. 2:20-cv-03685-GW (KK)

<u>EXHIBIT B</u>:   Thirteen CDCR Form 22 "Inmate/Parolee Request for Interview, Item or Service"

    #1: CDCR Form 22 dated May 5, 2019

    #2: CDCR Form 22 dated May 12, 2019

    #3: CDCR Form 22 dated May 29, 2019

    #4: CDCR Form 22 dated May 30, 2019

    #5: CDCR Form 22 dated June 2, 2019

    #6: CDCR Form 22 dated June 6, 2019

    #7: CDCR Form 22 dated June 16, 2019

    #8: CDCR Form 22 dated June 16, 2019

    #9: CDCR Form 22 dated June 23, 2019

   #10: CDCR Form 22 dated June 25, 2019

   #11: CDCR Form 22 dated June 25, 2019

   #12: CDCR Form 22 dated July 7, 2019

   #13: CDCR Form 22 dated July 7, 2019

   #14: Memorandum dated July 18, 2019

# EXHIBIT   B

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | John Miller |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | |
|---|---|---|---|
| C2-134L | None | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): RMA DISCRIMINATION |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On Sat., 5-4-19, when Bldg. C2 was fed breakfast on C-Culinary's southside Dining Room, I and another inmate on the RMA diet were first in line. Neither of us was were served the packet of almonds that the inmates behind us on the regular diet got on their food trays. We didn't notice the discrepancy until after seated at the table.

Discrimination against RMAs by C-Culinary is an ongoing problem, and corrective action is again requested.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
XX SENT THROUGH MAIL: ADDRESSED TO: Food Manager, Main Kitchen          DATE MAILED: 5 / 5 / 19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: R. CARSON | DATE: 5-7-19 | SIGNATURE: RC | DATE RETURNED: 5-9-19 |
|---|---|---|---|

AS PER OUR CONVERSATION, I WE DISCUSSED + PAST/PRESENT ISSUES WITH BREAKFAST PROGRAM, I REALLY HOPE WE CAME TO AN ACCORD WITH CERTAIN ISSUES. I CAN RESOLVE ISSUES ON THE SPOT WHILE I'M ON DUTY. I WILL DISCUSS DISCREPANCIES WITH OTHER SCC'S ON DUTY.
                              THANK YOU

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**                     DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 22 (10/09)

### SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | Unassigned |  | C-Culinary |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

    At breakfast on Fri., 5-10-19, the RMA replacement for the regular diet's Chicken Chorizo was 6 oz. of Pinto Beans.  But my RMA tray, procured by an inmate ADA worker, had only 4 oz. of beans, and they were cold.  The menu designated fresh fruit for both breakfast & lunch, but Bldg. C2 was given just one fruit.  Shredded cheese and onions were on the menu for both Fri. & Sat. dinners.  Bldg. C2 was served the cheese on Fri. but no onions and, on Sat., the onions but not the cheese.
    Corrective action is requested.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☒ SENT THROUGH MAIL:  ADDRESSED TO:  Food Manager, Main Kitchen                DATE MAILED: 5 /12 /19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| R. HERNANDEZ | 5-12-19 | R. H.S | (CIRCLE ONE)  YES  (NO) |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
|  |  | (CIRCLE ONE)  IN PERSON   BY US MAIL |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. Diaz | 5-15-19 | M. Diaz | 5-15-19 |

- the Serving Size of Beans is 6oz.
- Fresh fruit is offered in the Building hall, the ADA worker could leave Retrieved a second fruit from you.
- The Institution was served only cheese on Friday and only onions on Saturday.

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

    Diaz's "response" to my having been served, as a RMA replacement, just 4 oz. of beans that were also cold was & is nonresponsive.
    As for the "fresh fruit," EVERYONE around me was also served just one fruit, so there wasn't a second fruit available.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| *John Miller* | May 19, 2019 |

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Schaupert | 5-21-19 | *Sch* | 5-23-19 |

Proper portion sizes and Temperatures will be discussed with the morning cook.

The Fruit is offered in the dining hall during the meal.

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | XXXX A-44862 | John Miller |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | HOURS FROM_____ TO_____ | Menu Noncompliance |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

    On Wed., 5-29-19, C-Culinary gave the inmates on the RMA diet PB&J lunches instead of the menu-designated cheese lunches. Then, at dinner, the menu designated 2 hot dogs and a slice of cheese for the RMA inmates, but C-Culinary gave them ONLY the hot dogs. When asked, the CSC responded that there wasn't any cheese. Nor did the CSC substitute for the missing cheese.

    My request is that C-Culinary abide by the menu, substitute for missing items, and quit stealing the RMA cheese.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☑ SENT THROUGH MAIL:  ADDRESSED TO:  **Food Manager, Main Kitchen**                                DATE MAILED: 5 / 29 / 19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | | (CIRCLE ONE)   IN PERSON   BY US MAIL |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. DIAZ | 6-5-19 | M. DIAZ | 6-5-19 |

MENU CHANGES ARE MADE AS NEEDED
C-CULINARY ABIDES BY THE MENU
NOBODY IS STEALING THE CHEESE

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

    So, instead of C-Culinary's having stolen the RMA cheese as usual, some unknown Food Service staffer arbitrarily deleted the menu-designated, RMA cheese and then didn't designate a replacement item? Yet the menu is still being abided with?

    You can't have it BOTH ways. (It would be easier to just stop stealing the RMA cheese.)

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| John Miller | June 6, 2019 |

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR-0022 (10-09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | | Religious Discrimination |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

    I may have figured out part of how C-Culinary is stealing the RMA cheese.  On Thursday, 5-30-19, EVERYONE was given a cheese lunch.  Therefore, if C-Culinary had those lunches on Wednesday when it gave the RMAs PB&J lunches instead of the menu-designated cheese lunch, that would enable C-Culinary to have a bunch of cheese lunches leftover on Thursday, which C-Culinary could then openly keep for itself.

    Irrespective, continuing to deprive RMAs of their menu-designated cheese constitutes religious discrimination.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

XX SENT THROUGH MAIL:  ADDRESSED TO:____Food Manager, Main Kitchen_____ DATE MAILED: 5 /30 /19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES     NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON    BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. DIAZ | 6-5-19 | M. DIAZ | 6-5-19 |

C-CULINARY IS NOT STEALING CHEESE
THERE IS NO RELIGIONS DISCRIMINATION

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

    So, if C-Culinary ISN'T stealing the RMA cheese and there's no religious discrimination, what is the "explanation" for why the RMAs are frequently being deprived of their menu-designated cheese?

| SIGNATURE: *John Miller* | DATE SUBMITTED: June 6, 2019 |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| R. CARSON | 6-11-19 | RC | 6-18-19 |

PLEASE DISPENSE WITH THE THEORIES AS MENU CHANGES ARE JUST THAT. THEY WILL CHANGE WITHOUT NOTICE SOMETIMES SEVERAL TIMES A WEEK. PLEASE BE SPECIFIC ON WHAT DATE(S) HAVE ISSUES WITH
THANK YOU

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | | Theft of RMA/Veg. Eggs |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I request that ALL of the morning CSCs be advised that, when an egg and hash/chorizo are for breakfast, the RMA/Veg. inmates are to be served a total of three eggs (i.e., the one that's part of the regular meal and the two in place of the hash or chorizo).

Traditionally, C-Culinary gives the RMA/Veg. inmates only two eggs, thereby enabling C-Culinary to keep the third egg for itself, which amounts to a whole lot of leftover eggs. At breakfast on 5-31-19, C-Culinary's CSC (black gal) refused to tell me her name and sided with her inmate workers that RMA/Veg. inmates only get a total of two eggs.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
XX SENT THROUGH MAIL:  ADDRESSED TO: **Food Manager, Main Kitchen**          DATE MAILED: 6 2 19
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES      NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: R. CARSON | DATE: 6-5-19 | SIGNATURE: | DATE RETURNED: 6-5-19 |
|---|---|---|---|

I SPOKE WITH THE CSC ON DUTY THAT MORNING (RELIEF) REGARDING THIS PARTICULAR INCIDENT. SHE WAS UNSURE OF SERVING AMOUNTS THAT MORNING UNTIL YOU POINTED OUT THE DISCREPANCY. NO CONSPIRACY EXISTS FOR THEFT OF SAID ITEM(S). IT WAS A FOOD SERVICE MISTAKE - PLAIN AND SIMPLE. . . . THANK YOU

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

So EVERYTIME that the menu designates 3 eggs for the RMAs and C-Culinary refuses to do so but gives them only 2 eggs instead, that's NOT C-Culinary stealing the third egg but merely making the SAME mistake over & over?  Plain and simple?

Do you have a plot of ocean-front property in Arizona to sell me?

| SIGNATURE: *John Miller* | DATE SUBMITTED: June 6, 2019 |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | HOURS FROM_____ TO_____ | No Posted Menu |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

   Today is Thursday, and Bldg. C2 still doesn't have a posted menu for this week. Current menus are, of course, critical in combating C-Culinary's thefts of religious food items from the RMAs (and probably others as well).
   15 CCR sec. 3050(b) requires Food Services to post menus in locations accessible to all GP inmates.  Nor can Food Services absolve themselves of that responsibility by claiming that they delegated it to the Bldg. C2's guards (who, of course, have a worse attitude towards us inmates than Food Services staff do).

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☒ SENT THROUGH MAIL:  ADDRESSED TO:  Food Manager, Main Kitchen         DATE MAILED:  6 / 6 / 19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. DIAZ | 6-10-19 | M. DIAZ | 6-13-19 |

   SCC CARSON PERSONALLY SEES TO IT THAT MENUS ARE POSTED, AS NEEDED, ON CHARLIE FACILITY. FOOD SERVICE HAS NO CONTROL OVER ITEMS IN HOUSING UNITS. THEFT OF LITERATURE IS PREVALENT IN ALMOST ALL HOUSING UNITS, SO PLEASE DISPENSE WITH THE INNUENDO AND CONSPIRACY THEORIES AND SECRET AGENDAS.   THANK YOU.

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | | False Accusation & Denial |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

In your 6-10-19 Supervisor's Review of my 6-2-19 CDCR-22 over the 5-31-19 breakfast, you wrote that, "It appears you won't honor our agreement". Your RDOs are Fri. & Sat., and May 31st fell on a Friday. Also, EVERYTIME that the RMA/Veg. inmates are supposed to get three fried eggs, the C-Culinary workers give them only two eggs. Then, when I protest to the CSC, the C-Culinary workers (who get all of the leftover eggs) quickly interject, and the CSC sides with them instead of the menu. That DOES constitute theft and conspiracy.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

[X] SENT THROUGH MAIL: ADDRESSED TO: **SCC R. Carson, Main Kitchen**     DATE MAILED: **6 /16/19**

[ ] DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| R. Carson | 6-18-19 | *[signature]* | 6-20-19 |

IF THAT'S INDEED THE CASE, THEN THE PROPER STAFF WILL BE NOTIFIED AND THE ALLEGED ISSUE(S) CAN BE ADRESSED

THANK YOU

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | HOURS FROM_____ TO_____ | RMA Discrimination |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

For breakfast on Sun., 6-16-19, the menu-designated RMA replacement for the regular-diet's sausage was 2 slices of cheese.  But C-Culinary AGAIN gave the RMAs PB instead.
I don't know whether C-Culinary again stole the RMA cheese or CSP-LAC's Food Services was responsible in order to save money by substituting with FREE PB from the federal government.  Irrespective, I request that the menu be abided with as to the RMA replacements and that RMAs not be discriminated against to save money.  (An ADA worker got my RMA tray for me, so I was unable to ask to speak with SCC Carson about this matter.)

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☒ SENT THROUGH MAIL:  ADDRESSED TO:  **Food Manager, Main Kitchen**                    DATE MAILED:  **6 / 16 / 19**
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF?<br>(CIRCLE ONE)     YES     NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY:<br>(CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME:<br>R. Carson | DATE:<br>6-20 18-19 | SIGNATURE:<br>R C | DATE RETURNED:<br>6-20-19 |
|---|---|---|---|

I REALLY DON'T KNOW WHAT YOU'RE TRYING TO ACCUSE FOOD SERVICE OF NOW. ANY AND ALL RMA/VEG MEAL&LUNCH CHANGES ARE ALL BASED ON AVAILABILITY. WHY CAN'T YOU UNDERSTAND? IT SEEMS YOU'RE THE ONLY ONE IN THIS INSTITUTION THAT COMPLAINS ABOUT EVERY LITTLE THING THAT YOU DON'T LIKE. IF THE LUNCH YOU RECEIVE IS NOT WHAT'S ON THE MENU, THEN THAT'S WHAT'S SUPPOSED TO BE SERVED.      THANK YOU

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

This wasn't about the lunch but the RMA cheese at breakfast.  If Food Services, to save money at the expense of the RMAs, doesn't buy the cheese and instead substitutes with the free government peanut butter, that's NOT "what's supposed to be served".
What is supposed to be served to the RMAs is what's on the MENU!  Capisce?  And I'll continue to complain as long as you people keep gyping the inmates on the RMA diet.

| SIGNATURE:<br>*John Miller* | DATE SUBMITTED:<br>June 26, 2019 |
|---|---|

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | | Food Deprivations |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

2 oz. of shredded cheese and 2 oz. of chopped onions were on the menu for the dinner meal on Sat., 6-22-19. C-Culinary, though, served no onions and only 1 oz. of shredded cheese. Yeah, I already know, the menu is "subject to change". However, since 90% of those changes entail deprivations and my requests for corrective action or to abide by the menu fall on deaf ears, I now request that Food Services, when they deprive C-Facility inmates of a food item on the menu, compensate with another food item . . . INSTEAD of always deprive, deprive, deprive.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )   **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☒ SENT THROUGH MAIL:   ADDRESSED TO:   Food Manager, Main Kitchen _____   DATE MAILED:   6 / 23 / 19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|
| | | |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. DIAZ | 6-27-19 | *M. Diaz* | 6-27-19 |

2oz of shredded cheese was served as per the menu, Onion were not available food Items are replaced when needed.

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

My tray and the others at my Dining Room table had only one ounce of shredded cheese on them. If the onions weren't "available," then their 2 oz. should have been replaced with 2 oz of something else---say, peanut butter---rather than simply depriving us of an item on the menu for that meal. Also, such replacings would disincentivize Food Services from stealing inmate food.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| *John Miller* | July 2, 2019 |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Schaupert | 7-8-19 | *[signature]* | 7-9-19 |

As per our conversation, Your complaint will be discussed and a solution found.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | John Miller |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | HOURS FROM_____ TO_____ | RMA Diet |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

The main dish for breakfast on 6-28-19 is one egg and beef hash. The RMA/Veg. replacement for the beef hash is two eggs, for a total of three eggs for the inmates on the RMA or Veg. diets. However, without intervention, the C-Culinary workers (who get ALL of the leftover eggs) will serve the inmates on the RMA & Veg. diets a total of just two eggs, so that they can keep the third egg for themselves. If objected to at the Tray Window, the CSC will side with the C-Culinary workers instead of the menu. Therefore, preemptive, corrective action is requested.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

XX SENT THROUGH MAIL: ADDRESSED TO: Food Manager, Main Kitchen                    DATE MAILED: 6 /25/19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: 7-4-19 | SIGNATURE: | DATE RETURNED: 7-5-19 |
|---|---|---|---|

YOUR REQUEST IS INVALID DUE TO PRE-DATING THIS APPEAL, THIS WAS RECEIVED ON 6-27-19. THIS IS DATED 6-28-19. PLEASE FOLLOW PROPER PROCEDURES IN FUTURE. THANK YOU

~~I RECEIVED THE~~

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

The CDCR-22 request was not predated but had to do with the then upcoming matter on 6-28-19. I also, with the CDCR-22, followed "proper procedures". SCC Carson simply misconstrued what the CDCR-22 said. Therefore, he should either carefully re-read Section A, above, or else have someone with good reading comprehension read it and then explain it to him.

| SIGNATURE: John Miller | DATE SUBMITTED: July 9, 2019 |
|---|---|

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): K. Saunders | DATE: 7-15-19 | SIGNATURE: J. Saunders | DATE RETURNED: |
|---|---|---|---|

PLEASE SEE RESPONSE TO FORM 22 DATED 7-1-19 AS THE SAME RESPONSE APPLYS

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | John Miller |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | | RMA Diet |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

The main dish for breakfast on 6-30-19 is two eggs and a sausage. The RMA/Veg. replacement for the sausage is two eggs, for a total of four eggs for the inmates on the RMA or Veg. diet. However, without intervention, CSC Castillo and his crew will keep for themselves the two extra eggs that the RMA/Veg. inmates are supposed to get and substitute the FREE peanut butter ("PB") donated by the U.S. Government. If objected to at the Tray Window, CSC will say that PB is an approved substitute, and SCC Carson will, of course, back his buddy as he always does.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO:__ Food Manager, Main Kitchen _____ DATE MAILED: 6 /25/19

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)    YES    NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON    BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M Gywood | 7-1-19 | John | 7-8-19 |

Your request is invalid due to pre-dating this appeal. This was received on 6-27-19. This is dated 6-30-19. In the future, please follow Form 22 procedure.    Thank you

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

The CDCR-22 request was not predated but had to do with the then upcoming matter on 6-30-19. I also, with the CDCR-22, followed "Form 22 procedure". SCC Carson simply misconstrued what the CDCR-22 said. Therefore, he should either carefully re-read Section A, above, or else have someone with good reading comprehension read it and then explain it to him.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| John Miller | July 9, 2019 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| K. Saunders | 7-15-19 | S Saund | |

Upon review the above "request" is a statement as opposed to a request (in Section A). Please send only requests for interview, item or service. The request for supervisor review in Section C. is impolite and offensive. Please remain polite and professional as required by DOM Article 52  54090.4

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

### SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)    (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | John Miller |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | | Serving Shortage |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

At breakfast on Thurs., 7-4-19, 4 oz. of applesauce was on the menu, but C-Culinary served only half that (i.e., 2 oz.), at least on my tray and those in my immediate vicinity.  An ADA worker got my tray for me, so I wasn't able to complain at the Service Window.

Since C-Culinary refuses to abide by the menu ("Actions speak louder than words."), I request that such shortchanges be compensated for with another food item.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )    **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL:  ADDRESSED TO:  **Food Manager, Main Kitchen**          DATE MAILED:  **7 / 7 / 19**
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| R. HERNANDEZ | 7-7-19 | R. H | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | | (CIRCLE ONE)   IN PERSON   BY US MAIL |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. DIAZ | 7-18-19 | M. DIAZ | 7-18-19 |

After further Investigation By Culinary Supervisor Correctional Cook it has been found that the Correct utensil was use. Please Inform your ADA worker to check the tray before leaving the Window.

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

As you already know, it's NOT the size of the utensil which counts but the amount served.  Applesauce is a pruno ingredient, so the CSC should have been vigilant instead of indifferent.

Also, I have no way of getting the inmate ADA worker who picks up my tray to check it before leaving the window.  You people should STOP shorting the servings.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| John Miller | July 25, 2019 |

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| R. CARSON | 6-31-19 | R. | 8-5-19 |

MR. MILLER, CHARLIE CULINARY IS SPOT CHECKED FOR MENU ITEMS AND SERVING ACCURACY. MORE FREQUENT OBSERVATIONS AND REVIEWS OF THE BREAKFAST PROGRAM ON CHARLIE CULINARY FACILITY ARE BASED ON, IN LARGE PART, TO YOUR OBSESSANT ALLEGATIONS OF THEFT AND CONSPIRACY. BASED ON MY FREQUENT OBSERVATIONS OF THE BREAKFAST PROGRAM ON CHARLIE CULINARY FACILITY, I CAN CONCLUDE THAT FOOD SERVICE STAFF IS FOLLOWING STANDARD FOOD HANDLING AND SERVING PROCEDURES. BASED ON

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| **MILLER** | **JOHN** | **A-44862** | John Miller |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| **C2-134L** | **None** | HOURS FROM_____ TO_____ | **Serving Shortage** |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

At breakfast on Fri., 7-5-19, there was no RMA replacement for the regular-diet's sausage. However, the vegetarian replacement was two packs of almonds. C-Culinary, though, gave the inmates on the RMA diet just one pack of almonds. (For verification, ask other RMAs here.)  An ADA worker got my tray for me, so I wasn't able to complain at the Service Window.

Since C-Culinary refuses to abide by the menu ("Actions speak louder than words."), I request that such shortchanges be compensated for with another food item.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☒ SENT THROUGH MAIL:  ADDRESSED TO:  **Food Manager, Main Kitchen** _____ DATE MAILED: **7** / **7** / **19**

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| R HERNANDEZ | 7-7-19 | RHS | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | | (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. DIAZ | 7-18-19 | M. DiAZ | M. DiAZ |

Please See Attached 22 this is a Duplicate Form ??   Please See Attached Memo

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    JULY 18,2019

To:       INMATE J.MILLER
          #A-44862

Subject:    **FORM 22 STAFF RESPONSE**

TWO PACKS OF ALMONDS WERE SERVEDON SAID DAY.   PLEASE TELL YOUR ADA WORKER TO
CHECK THE TRAY BEFORE THEY LEAVE THE WINDOW

Miller v. Castillo, et al., Case No. 2:20-cv-03685-GW (KK)

EXHIBITS C & D:   CDCR Inmate/Parolee Appeal dated July 15, 2019,
                  Log. No. LAC-C-19-03851

Page 1: Front of CDCR Form 602

Page 2: Back of CDCR Form 602

Page 3: Front of CDCR Form 602-A

Page 4: Back of CDCR Form 602-A

Page 5: CDCR Form 22 dated June 17, 2019

Page 6: CDC Form 695 dated July 29, 2019

Page 8: CDC Form 695 dated Aug. 16, 2019

Pages 9-10: First Level Response

Page 11: CDCR Form 695 dated Aug. 29, 2019

Pages 12-13: Second Level Response

Page 14: Third Level Decision

# EXHIBIT   C
# EXHIBIT   D

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

1913951

A44862

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | | |

LAC-C-19-3851    ⑨

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): MILLER, John | CDC Number: A-44862 | Unit/Cell Number: C2-134L | Assignment: None |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

**Staff Complaint**

A.  Explain your Issue (If you need more space, use Section A of the CDCR 602-A): **This is a Staff Complaint against Correctional Supervising Cook ("CSC") Castillo and his immediate supervisor, Supervising Correctional Cook ("SCC") R. Carson, for endangering me by naming me when addressing C-Culinary's**

B.  Action requested (If you need more space, use Section B of the CDCR 602-A): **That CSC Castillo and SCC Carson STOP badmouthing me to their inmate C-Culinary workers.**

Supporting Documents:  Refer to CCR 3084.3.

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

**CDCR-22 dated 6-17-19**

☐ No, I have not attached any supporting documents.  Reason :

Inmate/Parolee Signature: _John Miller_    Date Submitted: **July 15, 2019**

**JM**  By placing my initials in this box, I waive my right to receive an interview.

JUL 19 2019
AUG 14 2019
SEP 20 2019
OCT 8 2019
REC BY OOA
NOV 12 2019
STAFF

C.  First Level - Staff Use Only          Staff – Check One: Is CDCR 602-A Attached? ☒ Yes  ☐ No

This appeal has been:          JUL 29 2019

☐ Bypassed at the First Level of Review.  Go to Section E.

☐ Rejected (See attached letter for instruction)  Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter)  Date: _____

☒ Accepted at the First Level of Review.

Assigned to: BS          Title: AW          Date Assigned: AUG 16 2019  Date Due: SEP 26 2019

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 03/22/19  03/22/19          Interview Location: C-Culinary Satlite kitchen

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other:

See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: M. Berat          Title: SCC          Signature: _____          Date completed: 8/23/19  8/22/19

Reviewer: Mark Howard Lawandowski          Title: CFM AW          Signature: _____  9/9/19

Date received by AC:

| AC Use Only | |
|---|---|
| Date mailed/delivered to appellant | SEP 10 2019 |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

The First Level Response is fraudulent.  Firstly, I NEVER told SCC Benak that CSC Castillo doesn't stand on the line while food is being served.  That's just a strawman.  What I did tell her is that CSC Castillo, like most of the other CSP-LAC Food Service personnel, doesn't like---and are resentful of---special inmate diets, and that's why he's deliberately indifferent to RMA inmates getting cheated out of their full issue,

Inmate/Parolee Signature: _John Miller_   Date Submitted: Sept. 18, 2019

**E. Second Level - Staff Use Only**   Staff – Check One:  Is CDCR 602-A Attached?  ☑ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☑ Accepted at the Second Level of Review

Assigned to: _BS_   Title: _AW_   Date Assigned: OCT 00 2019   Date Due: NOV 01 2019

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _NA_   Interview Location: _NA_

Your appeal issue is: ☑ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _K. Saunders_   Title: _ACFM_   Signature: _____   Date completed: 10-17-19

Reviewer: _D Ulstad_   Title: _CDW_   Signature: _____

Date received by AC: _____

**AC Use Only**
Date mailed/delivered to appellant  OCT 29 20

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

Cover-up!  The Second Level Response didn't even address the appeal's:
1. issue, which is that CSC Castillo and SCC Carson are "endangering me by naming me when addressing C-Culinary's a.m. inmate work crew about my CDCR-22s and CDCR-602 against CSC Castillo for stealing....";
2. request, which is that the CSC & SCC "STOP badmouthing me to their inmate

Inmate/Parolee Signature: _John Miller_   Date Submitted: Nov. 5, 2019

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☑ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☑ Other: _____
See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant  MAR 3 0 2020

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

Inmate/Parolee Signature: _____   Date: _____
Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| 1913957 | | LAC-C-19-3851 | | 9 |
| | | | *FOR STAFF USE ONLY* | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): MILLER, John | CDC Number: A-44862 | Unit/Cell Number: C2-134L | Assignment: None |
|---|---|---|---|

A.   Continuation of CDCR 602, Section A only (Explain your issue) : **a.m. inmate work crew about my CDCR-22s and CDCR-602 against CSC Castillo for stealing the RMA/Veg. cheese and fresh eggs and serving only half of the 2 oz. issue of peanut butter.**

**CSC Castillo and SCC Carson could have addressed those matters with their inmate crew without identifying me.  Instead, by identifying me as the source of the complaints, they have created animosity in their inmate crew towards me, as evidenced by their calling me a rat, making other disparaging comments towards & about me, and one of them even physically threatening me.**

**CSC Castillo and SCC Carson obviously don't like my CDCR-22s to the Food Manager negatively reflecting upon them, but it's wrong to enlist their inmate workers in their effort to stop my legitimate complaints against staff.  The right way to stop them would be to simply abide by the menu, but CSC Castillo and SCC Carson lack the inherent professionalism to do that.**

Inmate/Parolee Signature: *John Miller*                Date Submitted: **7-15-19**

JUL 19 2019

AUG 14 2019

SEP 20 2019

REC BY OOA

NOV 12 2019

B.   Continuation of CDCR 602, Section B only (Action requested): _____

Inmate/Parolee Signature: _____          Date Submitted: _____

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)                                                                                  Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): such as on fried eggs, cheese, and peanut butter that his "crew" want for themselves and/or to sell.

The kosher & medical diets come pre-packaged, so there's less resentment against them. Most of the Food Service resentment is against the Religious Meat Alternate (RMA) diet, because it's, for them, the biggest hassle. Therefore, in an effort to get the inmates on the RMA diet to give up their religious diet, Food Service has been substituting cheaper PB&J lunches for the RMA's menu-designated cheese lunches and substituting the cheaper single halal hot dog for the menu-designated halal chicken patty or the halal hamburger---all, of course, "approved substitutions" but done for the aforementioned illegitimate purpose.

Secondly, the First Level Review failed to address the issue of CSC Castillo and SCC Carson badmouthing me to their inmate C-Culinary workers, in order to enlist them in their effort to stop my legitimate complaints to the Food Manager against them and other Food Service staff members.

SCC Carson, in his 7-7-19 "Supervisor's Review" on my attached 6-17-19 CDCR-22, acknowledged that "Culinary workers are, and have been aware for some time, that you repeatedly file claims against workers and staff (C-Yd). Your name has been brought up often by inmate workers...". But, of course, those inmate workers have known anything about that had not Food Service staff (Castillo & Carson) told them and identified me as the source of the complaints. Then SCC Carson threatened me with disciplinary action, and subsequently, I was poisoned (see attached CDCR-22 dated 8-29-19).

Inmate/Parolee Signature: John Miller        Date Submitted: Sept. 18, 2019

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): C-Culinary workers".

And how is it that the aforementioned acts by CSC Castillo and SCC Carson don't constitute "staff misconduct," especially when SCC Carson, in his Supervisor's Review on my 6-17-19 CDCR-22, threatened me with disciplinary actions for allegedly making "false claims" against CSC Castillo, SCC Carson, and their C-Culinary inmate workers.

SCC Carson also, in his Supervisor's Review on my 8-29-19 CDCR-22, stated that "disciplinary action will be taken" against me for reporting that I was poisoned by the 8-28-19 evening meal.

Bottom line, CSC Castillo and SCC Carson and their inmate crew want to continue stealing inmate food, especially from the Religious Meat Alternate ("RMA") diet (which I'm on), either flat-out or by serving reduced portion sizes, so there will be a lot left over.

And anyone who dares to complain will be threatened, etc.

Inmate/Parolee Signature: John Miller        Date Submitted: Nov. 5, 2019

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|---|
| MILLER | | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | HOURS FROM_____ TO_____ | C-Culinary Intimidation |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

   C-Culinary's a.m. free cook, CSC Castillo, has turned some of his inmate workers against me in an effort to deter me from submitting CDCR-602s and CDCR-22s, with them calling me a rat and making other disparaging coments.

   The matter is escalating, with one of Castillo's workers threatening me this morning with physical violence.  I'm 77 years old and on a powerful blood thinner, so physical violence to me could cause serious injury or even kill me.

   Therefore, I request that corrective action be taken.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***

☒ SENT THROUGH MAIL.  ADDRESSED TO:  **Food Manager, Main Kitchen**          DATE MAILED:  **6 / 17 / 19**

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

## SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Castillo | 6-23-19 | Castillo | 6-23-19 |

I CSC Castillo do not in any form condone any violence of any sort, I will monitor for any outburst or disrespectful comments from the crew.

## SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL.  KEEP FINAL CANARY COPY.

   CSC Castillo's response is BS, as revealed by the fact that his "crew" wouldn't have known about my CDCR-602s and CDCR-22s had he not TOLD them.  Right?  So, if he doesn't condone their negative reactions to me, WHY did he badmouth me to them in the first place?  At today's breakfast, the inmate behind the Tray Window loudly announced "MILLER's HERE!" as though a warning.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| *John Miller* | June 26, 2019 |

## SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| K.C. | 7-3-19 | K.C. | 7-7-19 |

CULINARY WORKERS AND STAFF, AND HAVE BEEN AWARE FOR SOME TIME, THAT YOU REPEATEDLY FILE CLAIMS AGAINST WORKERS AND STAFF (C-YD). YOUR NAME HAS BEEN BROUGHT UP OFTEN BY INMATE WORKERS WITHOUT THE THREAT OF VIOLENCE IMPLIED, AND LONG BEFORE YOUR CLAIM. MAKING FALSE CLAIMS, ESPECIALLY PHYSICAL VIOLENCE, IS A SERIOUS OFFENSE, AND SHALL YOU SHALL REFRAIN FROM MAKING THEM OR SERIOUS DISCIPLINARY ACTION WILL BE TAKEN AGAINST YOU.   THANK YOU.

P.S.  STAFF AND CULINARY WORKERS WILL BE SPOKEN TO, TO REMIND THEM OF THE CONSEQUENCES OF MAKING PHYSICAL THREATS.

Distribution: Original - Return to Inmate/Parolee.  Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

*Include in the appeal response;

This appeal was forwarded to the Hiring Authority and it was determined that this appeal does not meet the requirements for assignment as a staff complaint. No staff misconduct was identified.

*Do NOT attach to the appeal. For informational purposes only

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Monday, July 29, 2019*

*MILLER, A44862*
*C 002 1134001L*

LIVING CONDITIONS, Food Services, 07/19/2019
Log Number: LAC-C-19-03851
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is
subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been rejected pursuant to the California Code of Regulations, Title 15,
Section (CCR) 3084.6(b)(6). Your appeal makes a general allegation, but fails to state facts or
specify an act or decision consistent with the allegation.*

*This appeal was forwarded to the Hiring Authority and it was determined that this appeal does
not meet the requirements for assignment as a staff complaint. It will be processed as a routine
appeal pursuant to CCR 3084.5(b)(4)(A). No evidence provided demonstrates staff actions
were intended to be punitive in nature to you or done to harass you. If you are requesting to
continue this appeal as a FOOD SERVICE issue, then state so on the bottom of the CDC 695
Form.*

☐   K. Estrada, AGPA
☐   K. Moran, OT
☐   G. Stratman, Office Tech
☐   B. Legier, Staff Complaint LT
☐   M. Fordham, CCII AC
☐   A. Ojeda, CCII AC
Appeals Coordinator
LAC

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_Yes, please continue this appeal as a_
_Food Service issue, because I'm concerned_
_about my personal safety. Aug. 12, 2019_

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and
resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to
CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a
separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if
the appeal on the cancellation is granted.   Rec'd. 7-30-19
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Friday, August 16, 2019*

*MILLER, A44862*
*C  002 1134001L*

LIVING CONDITIONS, Food Services, 08/08/2019
Log Number: LAC-C-19-03851
**(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)**

The enclosed documents are being returned to you for the following reasons:

*Be advised that this appeal issue should be submitted to the appropriate CDCR unit for review.*

*Forward to NKSP as you are appealing the classification of the RVR which is a NKSP RVR.*

☐   K. Estrada, AGPA
☐   B. Legier, Staff Complaint LT
☐   M. Fordham, CCII AC
☐   A. Ojeda, CCII AC
☐   C. Lares
Appeals Coordinator
LAC

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

Quit playing games.  As you know, this grievance appeal has NOTHING to do with an RVR.
Nor have I ever been to NKSP or were there any "enclosed documents".  Therefore, please
just return my 7-15-19 appeal to me, along with the First Level review thereof.  Also,
please identify yourself by checking the appropriate box above.    9-3-19

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.    Rec'd. 8-30-19
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**CALIFORNIA STATE PRISON-LOS ANGELES COUNTY**
**FIRST LEVEL RESPONSE**

| | |
|---|---|
| Appellant's Name & CDC #: | MILLER A44862 |
| Appeal Log #: | LAC-C-19-03851 |
| Interviewed By: | M. BENAK |
| Appeal Issue: | LIVING CONDITIONS |
| Appeal Decision: | DENIED |

## APPEAL ISSUE

In your appeal, you state that you have staff complaints against Correctional Supervising Cook (CSC), A. Castillo, and Supervisor Correctional Cook (SCC), R. Carson, for endangerment. You state that CSC A. Castillo and SCC R. Carson informed the other inmate workers inside the satellite kitchen of the California Department of Corrections and Rehabilitation (CDCR) Form 22's and CDCR Form 602's you submitted about the Religious Meal Alternate (RMA) and issue of peanut butter. You also state that by addressing and identifying you as the source of complaints, your safety is compromised because other inmates are physically threatening you and making disparaging comments such as "RAT". Furthermore, you state that CSC A. Castillo and SCC R. Carson are enlisting their inmate workers to assist them in putting a stop to your complaints against the staff.

## APPEAL REQUEST

You are requesting that CSC A. Castillo and SCC R. Carson, to stop badmouthing you to their inmate C- Culinary workers.

## APPEAL RESPONSE

On August 22, 2019, I, SCC, M. Benak, conducted an interview with you in person on the C-Facility Satellite Kitchen. Effective communication was utilized by speaking clear and simple English. You responded to questions by appropriately reiterating what was said to you in your own words. You were provided an opportunity to fully explain your appeal issue and to provide any supporting information; you had no additional information or documentation to add. During the interview, you stated CSC, A. Castillo does not stand on the line while food is being served and the inmates are serving the food solely, selecting the portions and servings, while keeping selected items for themselves.

## FINDINGS

In the course of the interview I explained that several SCC's, during alternate shifts/post, days and times, have witnessed CSC, A. Castillo performing his duty appropriately, by supervising inmates in all phases of production, serving, and direction. In an effort to correct any discrepancies, SCC, R. Carson, within his direction, will instruct inmates and staff alike. In doing so, information is disseminated equally such as inmate training, to attain compliance and progressive discipline. During the inquiry, no allegation had been found to be true regarding any of the claims.

FIRST LEVEL APPEAL RESPONSE
APPEAL LOG NUMBER LAC-19-03851
Page **2** of **2**

## APPEAL DECISION

Based on the above information, your appeal is **DENIED** at the First Level of Review, in that the Food Service Department at California State Prison- Los Angeles County (LAC) does, and will, continue to follow all practices, policies, and procedures and is in compliance with all Food Service programs and policies. The Food Service Department at LAC follows the code of conduct, provided by CDCR, by demonstrating professionalism, honesty, and integrity. Also, all staff respects the rights of others and treats fellow employees, offenders, families of offenders, and the public with dignity and fairness.

If you are dissatisfied with the First Level Response, you may submit for a Second Level Response by completing Section D of the Form 602.

M. BENAK
Supervising Correctional Cook
California State Prison-Los Angeles County

T. LEWANDOWSKI
Associate Warden
California State Prison-Los Angeles County

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME)  MILLER | (FIRST NAME)  JOHN | CDC NUMBER:  A-44862 | SIGNATURE:  John Miller |
|---|---|---|---|
| HOUSING/BED NUMBER:  C2-134L | ASSIGNMENT:  None | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.):  poisoning |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW

About 15 minutes after returning to my cell from the 8-28-19 evening meal, I suddenly became very ill, to wit: diarrhea, sweating, nausea, dizziness. I've never before experienced anything that severe.

It's obvious to me that I'd been poisoned by the meal. What I don't know, though, is whether it was merely food poisoning or something added to my RMA meal in retaliation for my Food Service complaints. I suspect the latter, because it took an extra long time to give my my RMA tray. Corrective action is requested.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX )  **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

[X] SENT THROUGH MAIL:  ADDRESSED TO:  Food Manager, Main Kitchen _____ DATE MAILED:  8  29  19

[ ] DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF?  (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY:  (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME:  NIEVES | DATE:  9/10/19 | SIGNATURE: | DATE RETURNED:  9/10/19 |
|---|---|---|---|

Food Services is not poisoning Inmates

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

I didn't say that Food Service is, so the above denial is without merit. Nor does that person actually KNOW whether someone, on his own, did but just ignorantly denies it in a knee-jerk reaction, instead of conscientiously looking into the matter in order to take corrective or preventative action. Such deliberate indifference as manifested here may well have been a contributing factor if indeed I was poisoned.

| SIGNATURE:  John Miller | DATE SUBMITTED:  Sept. 15, 2019 |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME):  K Carson | DATE:  9-18-19 | SIGNATURE: | DATE RETURNED:  9-23-19 |
|---|---|---|---|

On 8-28-19, no medical incidents were reported on Charlie facility. This is the second accusation of intentional food poisoning by you. This 2nd accusation is being taken seriously and disciplinary action will be taken.

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    October 23, 2019

To:    Miller A44862
FAC-C, C2 134L
California State Prison-Los Angeles County

Subject:    **SECOND LEVEL APPEAL RESPONSE LOG NUMBER LAC-C-19-03851**

**APPEAL ISSUE**
The Appellant is submitting this appeal relative to Living Conditions. Specifically, the Appellant's claim is: in the First Level, the review was DENIED. The Appellant states that he has been discriminated against and disparaged by, Correctional Supervising Cook (CSC), A. Castillo, Supervising Correctional Cook (SCC) R. Carson, and Inmate line workers. The Appellant claims this is due to his status as a participant in the Religious Meat Alternate (RMA) Program. The Appellant further states he is being made a target for exercising his right to participate in the Inmate/Parolee Form 22 and Inmate Appeal (602) process.

**APPEAL REQUEST**
The Appellant request that CSC Castillo, SCC Carson, and Inmate line workers refrain from making disparaging remarks about him and cease concerted efforts to subvert Inmate participation in the RMA Program.

**REGULATIONS**
The rules governing this issue are:
> **Department Operations Manual (DOM) Article 51 54080.14 Institution Religious Diet Program**
> **California Code of Regulations (CCR) Title 15 Article 4 3054.3 Religious Diet Program**
> **CCR Title 15 Article 2 3391 Employee Conduct**

**SUMMARY OF INQUIRY**
The First Level Review and inquiry was conducted, which included a review of this appeal and all applicable departmental policies and institutional procedures. It was revealed that the Food Service Department at California State Prison-Los Angeles County (LAC) is in compliance with DOM Article 51, 54080.14, Institution Religious Diet Program, which in part states that each Institution shall make reasonable efforts, as required by law, to accommodate those Inmates who have been determined to require a religious diet. LAC is also in compliance with the CCR Title 15 Article 4, 3054.3 Religious Meat Alternate Program, in its entirety, specifically (b), all institutions will adhere to standardized halal meat alternates and approved procedures for procuring and serving halal meals. It has been further revealed that Food Service Staff are in compliance with CCR 3391 and conduct themselves in a professional manner.

MILLER A44862
Second Level Appeal Response Log Number LAC-C-19-03851
Page **2** of **2**

**<u>APPEAL DECISION</u>**
The appeal is GRANTED, in that the Food Service Department at LAC is in compliance with, and shall continue to be in compliance with all laws, approved practices, policy and procedures as relates to the feeding of and staff interaction with the Inmate population at LAC and specifically the RMA program participants.

If the Appellant is dissatisfied with the Second Level Response, he may submit for a Director's Level of Review by completing Section F of the Form 602.

D. ULSTAD
Chief Deputy Warden
California State Prison, Los Angeles County

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                      GAVIN NEWSOM, GOVERNOR

**OFFICE OF APPEALS**
P.O. Box 942883
Sacramento, CA  94283-0001



OFFICE OF APPEALS
THIRD LEVEL DECISION

March 30, 2020

MILLER, JOHN, A44862
CSP-LAC

Dear Mr./Ms. MILLER,

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals (OOA) received your CDCR Inmate 602 Appeal log number LAC-19-03851, TLR number 1913957, for the purposes of providing a Third Level Response.

Due to time constraints, OOA will not be issuing a Third Level Response to your inmate appeal. The Second Level Response to your appeal, previously issued to you, serves as the Department's decision.

This response by the Office of Appeals will be the only response and is not appealable to CDCR.

This action by OOA does not excuse you from exhausting any other administrative remedies that may be required or available to you in relation to your particular claim, including, but not limited to, the Department of General Services Government Claims Program, the Department of Fair Employment and Housing, and the Equal Employment Opportunity Commission.

Office of Appeals
California Department of Corrections & Rehabilitation

cc:     Appeals Coordinator

<u>Miller v. Castillo, et al.</u>, Case No. 2:20-cv-03685-GW (KK)

<u>EXHIBIT E:</u>  CDCR Inmated/Parolee Appeal dated Feb. 27, 2020,
Log No. LAC-C-20-01127

<u>Page 1</u>: Front of CDCR Form 602

<u>Page 2</u>: Front of CDCR Form 602-A

<u>Page 3</u>: CDCR Form 22 dated Jan. 20, 2020

<u>Page 4</u>: CDCR Form 22 dated Feb. 3, 2020

<u>Page 5</u>: CDCR Form 22 dated Feb. 4, 2020

<u>Page 6</u>: CDCR Form 22 dated Feb. 9, 2020

<u>Page 7</u>: CDC Form 695 dated March 3, 2020

# EXHIBIT   E

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | LAC-C-20-01127 | | 9 |
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process

Appeal is subject to rejection if one row of text per line is exceeded. **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): MILLER, John | CDC Number: A-44862 | Unit/Cell Number: C2-134L | Assignment: Bldg. C2 2/W Ptr. |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

Religious Discrimination

A.  Explain your issue (If you need more space, use Section A of the CDCR 602-A):  I am a participant in CSP-LAC's Religious Meat Alternate ("RMA") diet program.  On Feb. 2, 4, & 7, 2020, the CDCR's Standardized Weekly Menu designated cheese lunches as the Alternate Entree ("AE"), which included those

B.  Action requested (If you need more space, use Section B of the CDCR 602-A): _____
    That C-Culinary quit depriving the RMA inmates of their cheese lunches.

_MAR 0 3 2020_

Supporting Documents:  Refer to CCR 3084.3.

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory, CDC 128-G, Classification Chrono):

Copy of three CDCR-22 requests on the matter.

☐ No, I have not attached any supporting documents.  Reason _____

Inmate/Parolee Signature: _John Miller_ Date Submitted: Feb. 27, 2020

☐ By placing my initials in this box, I waive my right to receive an interview.

**C.  First Level - Staff Use Only** Staff – Check One:  Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _MAR 0 3 2020_ _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

   Assigned to: _____ Title: _____ Date Assigned _____ Date Due: _____

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.
        Date of Interview: _____ Interview Location _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other _____
        See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____

Reviewer: _____ (Print Name) Title: _____ Signature: _____

Date received by AC: _____

| | AC Use Only<br>Date mailed/delivered to appellant _____ / _____ / _____ |
|---|---|

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A  (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | LAC-C-20-01127 | | 9 |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.       **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| MILLER, John | A-44862 | C2-134L | Bldg. C2 2/W Ptr. |

**A.  Continuation of CDCR 602, Section A only (Explain your issue)** : inmates on the RMA and
vegetarian (religious & non-religious) diets.

    On all three of those aforementioned dates, C-Culinary kept the
AE cheese lunches for themselves and gave the RMA & vegetarian
inmates PB&J lunches instead.

    C-Culinary's regular a.m. Correctional Supervising Cook ("CSC")
responded to my CDCR-22s on the matter by claiming that the Food
Services handbook authorizes such substitutions.  However, such an
authorization would be for only legitimate instances and NOT when
done on a regular basis.  Consequently, it's improper for CSC A.
Castillo to use the Food Services handbook as cover for stealing the
RMA cheese.

**Inmate/Parolee Signature:** John Miller          **Date Submitted:** 2-27-20

**B.  Continuation of CDCR 602, Section B only (Action requested):** _____

**Inmate/Parolee Signature:** _____          **Date Submitted:** _____

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

### SECTION A:  INMATE/PAROLEE REQUEST

| NAME (Print)   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | HOURS FROM_____ TO_____ | Theft of Cheese Lunches |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On both Friday, Jan. 17, 2012, and Sunday, Jan. 19, 2012, the menu-designated lunch for inmates on the RMA and vegetarian diets was "Cheese Sandwich BL (AE)".

C-Culinary, though, kept the cheese lunches for themselves and gave those Alternate Entree diets peanut butter & jelly lunches.

I AGAIN request that C-Culinary stop stealing the RMA cheese and start abiding by the standardized menu put out by the Departmental Food Administrator.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL  ADDRESSED TO: Food Manager, Main Kitchen    DATE MAILED: 1  20 20
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |

### SECTION B:  STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| CAStillo, Anthony | 01-30-2020 | Castillo, Anthony | 01-30-2020 |

TheFt oF Food is noT Allowed in the Culinary, PB&J were Substituted For the cheese Lunches DUE to shortage

### SECTION C:  REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

C-Culinary has a history of stealing the RMA & AE cheese.  Indeed, they've been doing it so long and so regularly that they've come to believe that they have a right to do so and that the "bad guys" are the victimized RMA & AE inmates who complain.

And, of course, C-Culinary always has a seemingly legitimate excuse (like the one above) for depriving the RMA & AE inmates of their cheese.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| *John Miller* | Feb. 3, 2020 |

### SECTION D:  SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Schaubert | 2-18-20 | *[signature]* | 2 25-20 |

Food Service is in Compliance with the Food Service Handbook Substitution guidelines

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print):   (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | John Miller |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | | Theft of Cheese Lunches |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW.

　　　On Sunday, Feb. 2, 2020, the menu-designated lunch for inmates on the RMA and
vegetarian diets was "Cheese Sandwich BL (AE)". C-Culinary, though, again kept the
cheese lunches for themselves and gave those Alternate Entree diets PB&J lunches.
　　　I AGAIN request that C-Culinary quit stealing the RMA cheese and start abiding
by the standardized menu put out by the Departmental Food Administrator.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: **Food Manager, Main Kitchen**　　　DATE MAILED: 2 / 3 / 20

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES    NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | | METHOD OF DELIVERY: (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Castillo, A | 2-23-2020 | Castillo, A | 2-23-2020 |

Food Service is in Compliance with Food Service hand Book
Substitutions Guidelines

## SECTION C: REQUEST FOR SUPERVISOR REVIEW
PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

**The Substitutions Guidelines in the Food Service Handbook obviously have to do
with legitimate substitutions, NOT illegitimate ones like here. And REGULARLY substi-
tuting RMA cheese lunches with PB&J lunches constitutes religious discrimination, even
when C-Culinary's motive, as here, is simply to keep the RMA cheese for themselves.**

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| John Miller | February 26, 2020 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Schampert | 3-10-20 | | 3-10-20 |

Food Service is in compliance with Food Service Hand Book Substitution
Guidelines.

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44862 | *John Miller* |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-134L | None | | Theft of Cheese Lunches |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On Tuesday, Feb. 4, 2020, the menu-designated lunch for inmates on the RMA and vegetarian diets was "Cheese Sandwich BL (AE)". C-Culinary, though, again kept the cheese lunches for themselves and gave those Alternate Entree diets PB&J lunches.

I AGAIN request that C-Culinary quit stealing the RMA cheese and start abiding by the standardized menu put out by the Departmental Food Administrator.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX): **\*\*NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED \*\***
☒ SENT THROUGH MAIL. ADDRESSED TO: Food Manager, Main Kitchen                 DATE MAILED: 2 4 20
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY, PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| | | | (CIRCLE ONE)   YES   NO |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: |
|---|---|---|
| | | (CIRCLE ONE)  IN PERSON   BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| *Castillo in* | 2-23-2020 | *Castillo* | 2-23-2020 |

Food Service is in Compliance with Food Service handbook Substitutions Guidelines

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

**The Substitutions Guidelines in the Food Service Handbook obviously have to do with legitimate substitutions, NOT illegitimate ones like here. And REGULARLY substituting RMA cheese lunches with PB&J lunches constitutes religious discrimination, even when C-Culinary's motive, as here, is XXX simply to keep the RMA cheese for themselves.**

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| *John Miller* | February 26, 2020 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| *Schaupert* | 3-11-20 | *Sm* | 3-11-20 |

Food Service is in Compliance with Food Service Handbook Substitutions Guidelines

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| MILLER | JOHN | A-44362 | John Miller |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT, PAROLE, ETC.) |
|---|---|---|---|
| C2-134L | None | | Theft of Cheese Lunches |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

On both Friday, Feb. 7, 2020, and Sunday, Feb. 9, 2020, the menu-designated lunch for inmates on the RMA and vegetarian diets was "Cheese Sandwich BL (AE)". C-Culinary, though, again kept the cheese lunches for themselves and gave the inmates on those Alternate Entree diets PB&J lunches.

I AGAIN request that C-Culinary quit stealing the RMA cheese and start abiding by the standardized menu put out by the Departmental Food Administrator.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: Food Manager, Main Kitchen     DATE MAILED: 2  9  20

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE)

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF: CIRCLE ONE     YES     NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: CIRCLE ONE:   IN PERSON     BY US MAIL |

### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| Castillo, A | 2-23-2020 | Castillo, A | 2-23-2020 |

Food Service is in Compliance with Food Service handbook Substitutions guidelines

### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

The Substitutions Guidelines in the Food Service Handbook obviously have to do with legitimate substitutions, NOT illegitimate ones like here. And REGULARLY substituting RMA cheese lunches with PB&J lunches constitutes religious discrimination, even when C-Culinary's motive, as here, is simply to keep the RMA cheese for themselves.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| John Miller | February 26, 2020 |

### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Food Service is in Compliance with Substitutions Guidelines in Food Service Handbook

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Tuesday, March 3, 2020*

*MILLER, A44862*
*C  002 113400IL*

LIVING CONDITIONS, Food Services, 03/03/2020
Log Number: LAC-C-20-01127
(Note: <u>Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.</u>)

The enclosed documents are being returned to you for the following reasons:

*Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(5).  The appeal is submitted on behalf of another person.*

*YOU CANNOT SUBMIT AN APPEAL FOR OTHER OFFENDERS. YOU MAY REWRITE YOUR APPEAL SPECIFIC TO YOUR ISSUE ONLY.*

☐   K. Estrada, AGPA
☐   G. Stratman
☐   B. Legier, Staff Complaint LT
☒   M. Fordham, CCII AC
☐   A. Ojeda, CCII AC
Appeals Coordinator
LAC

**NOTE:**  If you are required to respond/explain to this CDCR Form 695, use <u>only</u> the lines provided below.

_____

_____

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b).  Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted.  However, a separate appeal can be filed on the cancellation decision.  The original appeal may only be resubmitted if the appeal on the cancellation is granted.  Rec'd. 3-4-20
**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

John L. Miller, A-14862
CSP-LAC
P.O. Box 1
Lancaster, CA 93539

Legal and
Confidential

CDCR STATE PRISON GENERATED MAIL

Clerk
U.S. District Court
3470 12th Street
Riverside, CA 92501





CLERK, U.S. DISTRICT COURT
RECEIVED
MAY 18
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

Hasler
05/14/2020